JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GWENDOLYN B. MOORE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NORTHERN TRUST COMPANY OF CALIFORNIA, an Illinois Corporation registered and doing business in California; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: CV 20-595-GW-RAOx<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

# ORDER

Plaintiff Gwendolyn B. Moore and Defendant Northern Trust Company of California, collectively referred to as the "Parties," filed a Stipulation to Dismiss Entire Action with Prejudice ("Stipulation").  Pursuant to the Parties' Stipulation, it is ORDERED that this action is hereby dismissed in its entirety, with prejudice, and with each party bearing its own costs, attorneys' fees, and expenses.

**IT IS SO ORDERED.**

Dated: April 20, 2021

_____
HON. GEORGE H. WU
U.S. DISTRICT JUDGE